# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR22-278CRB

---

UNITED STATES OF AMERICA,

V.

FARES ABDO AL EYANI and
SABA MOHSEN DHAIFALLAH,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 371 – Conspiracy to Unlawfully Export Defense Articles in Violation of the Arms Export Control Act ("AECA") and the International Traffic in Arms Regulations ("ITAR");
22 U.S.C. §§ 2778(b)(2) and 2778(c) and 22 C.F.R. §§ 120–130, and 18 U.S.C. § 2 – Attempted Unlawful Export of Defense Articles in Violation of the AECA and the ITAR and Aiding and Abetting;
18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 22 U.S.C. § 401, and 28 U.S.C. § 2461(c) – Forfeiture Allegations.

---

A true bill.

_/s/ Foreperson of the Grand Jury_

Foreman

Filed in open court this _27th_ day of

_July, 2022_ .

Stephen Ybarra

Clerk

Bail, $ _No Process_

Hon. Alex G. Tse, United States Magistrate Judge

**FILED**

Jul 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1   STEPHANIE M. HINDS (CABN 154284)
    United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,           )   CASE NO.  CR22-278CRB
                                        )
12         Plaintiff,                   )   VIOLATIONS:
                                        )
13     v.                               )   18 U.S.C. § 371 – Conspiracy to Unlawfully Export
                                        )   Defense Articles in Violation of the Arms Export
14                                      )   Control Act ("AECA") and the International Traffic
    FARES ABDO AL EYANI and             )   in Arms Regulations ("ITAR");
15  SABA MOHSEN DHAIFALLAH,             )   22 U.S.C. §§ 2778(b)(2) and 2778(c) and 22 C.F.R.
                                        )   §§ 120–130, and 18 U.S.C. § 2 – Attempted Unlawful
16         Defendants.                  )   Export of Defense Articles in Violation of the AECA
                                        )   and the ITAR and Aiding and Abetting;
17                                      )   18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p), 22
                                        )   U.S.C. § 401, and 28 U.S.C. § 2461(c) – Forfeiture
18                                      )   Allegations.
                                        )
19                                      )
                                        )   SAN FRANCISCO VENUE
20                                      )
                                        )
21  ────────────────────────────────── )

22                       I N D I C T M E N T

23  The Grand Jury charges:

24                      Introductory Allegations

25      At all times relevant to this Indictment, in the Northern District of California and elsewhere:

26      1.      FARES ABDO AL EYANI was a Yemeni national, a Legal Permanent Resident of the

27  United States, a resident of Oakland, California, in the Northern District of California, and the husband

28  of SABA MOHSEN DHAIFALLAH.

INDICTMENT

2.     SABA MOHSEN DHAIFALLAH was a United States citizen, a resident of Oakland, California, in the Northern District of California, and the wife of AL EYANI.

3.     eBay Inc. ("eBay") was an American multinational e-commerce corporation based in San Jose, California, that facilitates consumer-to-consumer and business-to-consumer sales through its website.

4.     PayPal Holdings, Inc. ("PayPal"), was an American company based in San Jose, California, operating a worldwide online payments system that supports online money transfers and serving as an electronic alternative to traditional paper methods like checks and money orders.

5.     Factory Outlet Stores Holding LLC ("Factory Outlet Stores") was an American company based in New York, New York, selling consumer products, including electronics, refrigerators, stoves, fitness devices, and other items at the website https://www.factoryoutletstore.com/.

6.     American Technologies Network, Corp., also known as ATN Corporation or simply ATN, was an American company headquartered in South San Francisco, California.  ATN Corporation manufactured and sold high-resolution digital optical devices, including night vision and thermal imaging optical devices, such as rifle scopes, binoculars, and monoculars.

7.     Shipping International, Inc., doing business as TTG Shipping, was a freight forwarding company located in Oakland, California, in the Northern District of California.  Freight forwarders are entities that organize shipments for individuals or corporations to get goods from one place to another, usually on behalf of a manufacturer seeking to send goods to a market, customer, or final point of distribution.  A forwarder does not move the goods but acts as an expert in the logistics network. International freight forwarders have additional expertise in preparing and processing customs documentation and performing activities pertaining to international shipments.  As a result of this expertise, many individuals and corporations shipping goods internationally will use a freight forwarder.

The Arms Export Control Act and the International Traffic in Arms Regulations

8.     The export of arms, ammunitions, implements of war and defense articles and services from the United States was governed by the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, and its attendant regulations, the International Traffic in Arms Regulations ("ITAR"), 22 C.F.R. §§ 120–130.

9.     The AECA authorized the President, among other things, to control the export of

"defense articles" deemed critical to the national security and foreign policy interests of the United States.  The AECA also authorized the President to designate goods as "defense articles," require licenses for the export of such articles, and promulgate regulations for the export of such articles.  By executive order, the President delegated this authority to the United States Department of State, Bureau of Political-Military Affairs, Directorate of Defense Trade Controls ("DDTC").  Accordingly, the DDTC promulgated regulations under the AECA, known as the ITAR.

10.     The ITAR implemented the provisions of the AECA and established the framework for regulating the export of defense articles.  The ITAR defined an "export" as the sending or taking of a defense article out of the United States in any manner.  22 C.F.R. § 120.17(a).

11.     The ITAR defined a "defense article" to be any item on the United States Munitions List ("USML").  The ITAR contained the USML.  The USML set forth 21 categories of defense articles and defense services that were subject to export control.

12.     Persons desiring to export items on the USML from the United States to a foreign destination were required to register with the DDTC and obtain individual export licenses for each shipment prior to the export, as set forth in 22 C.F.R. §§ 122 and 123.  At all times relevant to this Indictment, it was a violation of the AECA and the ITAR to export or attempt to export defense articles on the USML without a license or written authorization from the DDTC.

13.     The AECA made it a crime for anyone to willfully violate any provision of 22 U.S.C. § 2778 or any rule or regulation issued under that section.   22 U.S.C. § 2778(c).  Specifically, it was a crime for any exporter to willfully fail to obtain an export license before exporting a defense article to another country.  22 U.S.C. § 2778(c); 22 C.F.R. § 127.1(a)(1).  Pursuant to the ITAR, it was a violation for a person to conspire to export or to cause to be exported any defense article without a license.  22 C.F.R. § 127.1.  It was also unlawful for any person to "knowingly or willfully attempt, solicit, cause, or aid, abet, counsel, demand, induce, procure, or permit the commission of any act prohibited by 22 U.S.C. § 2778," or any regulation issued there under.  22 C.F.R. § 127.1(e).

The Conspiracy and Scheme

14.     Beginning on an unknown date but no later than in or about April 2019, and continuing through August 2020, AL EYANI and DHAIFALLAH conspired to acquire defense articles, conceal

defense articles in boxes for mailing or in shipping containers, and export or cause to be exported defense articles to the Sultanate of Oman, all without an export license, and all in knowing and willful violation of the AECA and the ITAR. The scope of the scheme also included the acquisition, concealment, and export to the Sultanate of Oman of items similar to, but not actually, defense articles as defined under the AECA and the ITAR.

15. AL EYANI and DHAIFALLAH had different roles in the scheme and conspiracy. AL EYANI orchestrated the scheme and coordinated with the apparent recipients of the unlawfully exported defense articles. He also arranged the shipments and purchased defense articles in person. DHAIFALLAH used the Internet to purchase defense articles and items closely related to defense articles and had them shipped to AL EYANI's and DHAIFALLAH's Oakland apartment.

16. Both AL EYANI and DHAIFALLAH knew that the defense articles were subject to export control restrictions but nonetheless intentionally and willfully attempted to export or cause to be exported defense articles to the Sultanate of Oman without first obtaining the requisite license or authorization from the State Department.

17. AL EYANI and DHAIFALLAH both took steps to conceal the scheme.

18. Specifically, no later than April 2019, AL EYANI and DHAIFALLAH worked together to acquire defense articles and items similar to defense articles, as described below:

a. AL EYANI and DHAIFALLAH purchased defense articles and similar items from stores in the San Francisco Bay Area, through Internet retailers, and through other means unknown to the Grand Jury.

b. On or about September 10, 2019, and no later than December 20, 2019, AL EYANI and DHAIFALLAH acquired the following night vision capable devices, which constituted defense articles on the USML:

| DEFENSE ARTICLE DESCRIPTION |
|---|
| 1. Seven (7) ATN Corporation, X-Sight II 3-14x Rifle Scopes |

c. At a time unknown to the Grand Jury, but no later than November 18, 2019, AL EYANI and DHAIFALLAH acquired the following firearms, firearms parts, and

ammunition, which constituted defense articles on the USML:

| | DEFENSE ARTICLE DESCRIPTION |
|---|---|
| 2. | One (1) 80% Lower AR Short Barrel Rifle, Obliterated Serial Number |
| 3. | One (1) Springfield Armory XDE-9 9mm Pistol, Serial Number HE917906 |
| 4. | One (1) SCCY Industries CPX-2 9mm Pistol, Serial Number 164212 |
| 5. | One (1) P80 PF940C .40 Cal Pistol, No Serial Number |
| 6. | One (1) Springfield Armory XDS/XDE Magazine |
| 7. | Thirty (30) .223 Rounds and Nine (9) 9mm Rounds of Ammunition |

19.    During the course of the conspiracy and until August 2020, AL EYANI and DHAIFALLAH kept a notebook that contained a handwritten ledger in Arabic concerning the purchase and sale of firearms, night vision devices, two-way radios, and similar items.

20.    Additionally, no later than April 2019, AL EYANI and DHAIFALLAH worked together to acquire items similar to, but not actually, defense articles as defined under the AECA and the ITAR.as described below:

    a.    For example, at a time unknown to the Grand Jury, but no later than December 20, 2019, AL EYANI and DHAIFALLAH acquired at least 37 other types of goggles, monoculars, and rifle scopes that do not qualify as defense articles but were nonetheless similar in capabilities and in furtherance of the overall scheme. Of those additional 37 items AL EYANI and DHAIFALLAH acquired, 33 had night vision capabilities.  The 37 items included:

        i.    Eleven (11) Infinity Ward Night Vision goggles;

        ii.    One (1) X-Vision Hands Free Night Vision Pro Model XANB40 binoculars;

        iii.    One (1) Bushnell Equinox Z Digital Night Vision Model 260150 monocular;

        iv.    Sixteen (16) Unbranded Night Vision 5x40 Digital Monoculars;

1    v.    Three (3) Holographic Technology Precision Optical Rifle Scopes;

2          and,

3    vi.   Five (5) UUQ Model 4-12x50EG Rifle Scopes.

4    21.    No later than April 2019, AL EYANI and DHAIFALLAH worked together to conceal

5  defense articles and items similar to defense articles in boxes for mailing or in shipping containers, as

6  described below:

7    a.    On or before November 12, 2019, and certainly by November 18, 2019, AL

8          EYANI provided TTG Shipping four automobiles, three motorcycles, and other

9          materials to be packed into a shipping container, including four disassembled

10         firearms, composed of three handguns and one short barreled rifle, wrapped in

11         aluminum foil, and interspersed between car parts packed inside the passenger

12         compartment of a vehicle, as well as two magazines and 39 rounds of

13         ammunition, in two different calibers.

14   b.    In February 2020, AL EYANI communicated with an unknown individual by chat

15         message and explained where AL EYANI placed defense articles disassembled,

16         wrapped in tin foil, in a particular car, and sent a photo of the car, which was

17         where the firearms were found in the November shipping container.

18   c.    On or before December 20, 2019, AL EYANI provided TTG Shipping eight

19         vehicles packed with suitcases full of personal effects and household goods to be

20         packed into two shipping containers, including boxes containing 44 goggles,

21         monoculars, and rifle scopes. The defense articles and other similar items were

22         split between three vehicles.  With regard to the defense articles, five of those rifle

23         scopes were in a box in a Porsche Cayenne, and two of the rifle scopes were in the

24         trunk of a lime green Kia Soul, paper tag ending 59x, in a brown cardboard box

25         with white and purple shipping labels on the top.

26   22.    No later than April 2019, AL EYANI and DHAIFALLAH worked together to attempt to

27  export or cause to be exported defense articles to the Sultanate of Oman, as described below:

28

INDICTMENT                                6

a.      On or before November 12, 2019, AL EYANI provided freight forwarder TTG Shipping information to complete shipping paperwork, including his name and telephone number as the exporter, and payment for the export of one shipping container to the Sultanate of Oman.

b.      On or before November 12, 2019, AL EYANI declared in customs paperwork that the contents of his shipping container were four automobiles, three motorcycles, and $1,000 in "household goods."

c.      On or before November 12, 2019, and  no later than November 18, 2019, AL EYANI provided TTG Shipping four automobiles, three motorcycles, and other materials to be packed into a shipping container, including four disassembled firearms, composed of three handguns and one rifle, wrapped in aluminum foil, and interspersed between car parts packed inside the passenger compartment of a vehicle, as well as two magazines and 39 rounds of ammunition, in two different calibers, in an attempt to export these defense articles from the United States. These defense articles were detained and seized by the United States, preventing them from being successfully exported from the United States.

d.      On or before December 17, 2019, AL EYANI provided freight forwarder TTG Shipping information to complete shipping paperwork, including the name and address of the wife of a close friend of AL EYANI, AL EYANI's telephone number, and payment for the export of two shipping containers to the Sultanate of Oman.

e.      On or about December 17, 2019, and no later than December 20, 2019, AL EYANI provided TTG Shipping eight vehicles packed with suitcases full of personal effects and household goods to be packed into two shipping containers, including boxes containing 44 goggles, monoculars, and rifle scopes, in an attempt to export these items and defense articles from the United States.  Seven of the night vision capable devices were the same "ATN X-Sight II" night vision rifle scopes purchased and later picked up by AL EYANI at the San Mateo

1    County gun store on September 10, 2019.  Five of those rifle scopes were in a box

2    in a Porsche Cayenne.  Two of the rifle scopes were in the trunk of a lime green

3    Kia Soul, paper tag ending 59x, in a brown cardboard box with white and purple

4    shipping labels on the top.  All of these items and defense articles were detained

5    and seized by the United States, preventing them from being successfully

6    exported from the United States.

7        f.    A diligent check of State Department records revealed that neither AL EYANI

8            nor DHAIFALLAH ever applied for or received an export license or written

9            authorization that would have allowed either or both to export any defense articles

10            on the USML out of the United States legally.

11  COUNT ONE:    (18 U.S.C. § 371 – Conspiracy to Unlawfully Export Defense Articles in
                 Violation of the AECA and the ITAR)
12

13    23.    All of the preceding paragraphs of this Indictment are re-alleged and incorporated as if

14  fully set forth here.

15    24.    Beginning on a date unknown to the Grand Jury but no later than in or about April 2019,

16  and continuing through in or about August 2020, in the Northern District of California and elsewhere,

17  the defendants,

18                    FARES ABDO AL EYANI

19                        and

20                  SABA MOHSEN DHAIFALLAH,

21  did knowingly and willfully conspire to commit offenses against the United States, namely, violations of

22  the AECA, 22 U.S.C. § 2778 et seq., and its implementing regulations, the ITAR, 22 C.F.R. §§ 120-130.

23              Overt Acts Committed in Furtherance of the Conspiracy

24    25.    In furtherance of the conspiracy and to effect the objects thereof, AL EYANI committed

25  the following overt acts, among others in the Northern District of California, and elsewhere:

26        a.    On or about August 27, 2019, AL EYANI ordered and paid for ten ATN X-Sight

27            II night vision rifles scopes in person at a San Mateo County gun store.

28

INDICTMENT                    8

b.      On or about September 10, 2019, AL EYANI returned to the San Mateo County gun store right as the store opened to pick up his ten ATN X-Sight II rifle scopes.

c.      On or about September 10, 2019, AL EYANI signed an "Export Compliance Form" printed from ATN Corporation's website, notifying AL EYANI of the export regulations for the scopes, and which stated the signee understood that, "it is unlawful to export or re-export, or attempt to export or re-export, any of these products, for which a license or written approval from the U.S. Government is required, without first obtaining any license or written approval."

d.      On or about September 10, 2019, AL EYANI took possession of the ten ATN X-Sight II rifle scopes and placed them in the trunk and back seat of his registered vehicle directly after exiting the gun store.

e.      On or before November 12, 2019, AL EYANI provided freight forwarder TTG Shipping information to complete shipping paperwork, including his name and telephone number as the exporter, and payment for the export of one shipping container to the Sultanate of Oman.

f.      On or before November 12, 2019, AL EYANI declared in customs paperwork that the contents of his shipping container were four automobiles, three motorcycles, and $1,000 in "household goods."

g.      On or before November 12, 2019, and certainly by November 18, 2019, AL EYANI provided TTG Shipping four automobiles, three motorcycles, and other materials to be packed into a shipping container, including four disassembled firearms, composed of three handguns and one rifle, wrapped in aluminum foil, and interspersed between car parts packed inside the passenger compartment of a vehicle, as well as two magazines and 39 rounds of ammunition, in two different calibers.

h.      On or about December 16, 2019, at Harold's Auto Body and Paint in Oakland, AL EYANI transferred a brown cardboard box with white and purple shipping labels on the top from a dark-colored Toyota Prius to the trunk of a lime green

Kia Soul, paper tag ending 59x. AL EYANI then drove to TTG Shipping in Oakland interacted with a TTG employee before leaving in the lime green Kia Soul, paper tag ending 59x.

i.   On or before December 17, 2019, AL EYANI provided freight forwarder TTG Shipping information to complete shipping paperwork, including the name and address of the wife of a friend of AL EYANI, AL EYANI's telephone number, and payment for the export of two shipping containers to the Sultanate of Oman.

j.   On or before December 20, 2019, AL EYANI provided TTG Shipping eight vehicles packed with suitcases full of personal effects and household goods to be packed into two shipping containers, including boxes containing 44 goggles, monoculars, and rifle scopes. Seven of the night vision capable devices were the same "ATN X-Sight II" night vision rifle scopes purchased and later picked up by AL EYANI at the San Mateo County gun store on September 10, 2019. Five of those rifle scopes were in a box in a Porsche Cayenne. Two of the rifle scopes were in the trunk of a lime green Kia Soul, paper tag ending 59x, in a brown cardboard box with white and purple shipping labels on the top.

26.   In furtherance of the conspiracy and to effect the objects thereof, DHAIFALLAH committed the following overt acts, among others in the Northern District of California, and elsewhere:

a.   On or about July 23 and 24, 2019, DHAIFALLAH purchased over the Internet seven X-Vision Pro Rechargeable Digital Hands Free Night Visions Goggles for $1,399.93.

b.   On or about July 23 and 24, 2019, DHAIFALLAH purchased over the Internet five Sightmark SM15070 Ghost Hunter 1x24 Night Vision Goggle Binocular Kits for $1,630.00.

c.   On or about August 15, 2019, DHAIFALLAH purchased over the Internet one Night Vision Monocular Kit, Portable Infrared Digital Monocular Telescope for $127.07.

INDICTMENT                         10

d.   On or about August 26, 2019, DHAIFALLAH called a San Mateo County, California gun store and attempted to order ten ATN-brand night vision rifle scopes over the phone.

e.   On or about August 26, 2019, DHAIFALLAH called a second San Mateo County, California gun store and inquired about acquiring night vision rifle scopes.

f.   On or about August 26, 2019, DHAIFALLAH called a manufacturer of night vision rifle scopes named ATN Corporation located in South San Francisco, California.

g.   On or about August 26, 2019, DHAIFALLAH used PayPal to order ten ATN X-Sight II HD 5-20x Digital Day/Night Rifle Scopes worth $6,325.58 from Factory Outlet Stores.

h.   On or about August 26, 2019, DHAIFALLAH used PayPal to order ten ATN X-Sight II HD scopes worth $6,484.18 directly from the ATN Corporation website.

i.   DHAIFALLAH received and read an email dated August 27, 2019, from ATN Corporation confirming the earlier order of ten X-Sight HD scopes through its website and requesting DHAIFALLAH complete and return an export compliance form. The August 27, 2019 email from ATN Corporation stated, "The form simply states that you are aware the product(s) being purchased are subject to federal prosecution if exported or brought outside of the United States."  The attached export compliance form explained that, "Export of night vision equipment and optical sighting equipment (including user manuals) is controlled by the U.S. Department of State Directorate of Defense Trade Controls…" and specifically cited the ITAR.  It went on to notify the purchaser that "**all** of the products obtained from ATN Corp. are subject to one or more of the export control laws and regulations of the U. S. Government…." (bold and underline emphasis in original).

j.   On or about August 27, 2019, DHAIFALLAH sent the ATN Corporation export compliance form to AL EYANI and spoke with AL EYANI about its contents.

k.  On or about August 27, 2019, DHAIFALLAH called the Factory Outlet Store to cancel her purchases and obtain a refund, which posted to her PayPal account on or about August 29, 2019.

l.  On or about August 27, 2019, DHAIFALLAH called ATN Corporation to cancel her purchases and obtain a refund, which posted to her PayPal account on or about August 28, 2019.

m.  On or about September 3, 2019, DHAIFALLAH purchased on eBay 19 "5x40 Infrared Night Vision Monocular 8GB DVR Telescopes for Hunting Surveillance" for $1,983.60, and had them shipped to AL EYANI and DHAIFALLAH's Oakland apartment.

n.  On or about September 9, 2019, DHAIFALLAH called the same San Mateo County gun store AL EYANI had purchased ten night vision rifle scopes from on August 27, 2019, to inquire about whether the ten rifle scopes AL EYANI had purchased had arrived at the store for pick up.

o.  On or about October 13, 2019, DHAIFALLAH purchased over the Internet ten "NVG Night Vision Goggles IR Infrared Technology" for $1,900.00, plus $175.75 in sales tax, and shipped them to AL EYANI's and DHAIFALLAH's Oakland apartment.

p.  On or about October 13, 2019, DHAIFALLAH purchased over the Internet seven "Call of Duty Night Vision Goggles w. Collectable Stand" for $1,130.15, plus $104.54 in sales tax, and shipped them to AL EYANI's and DHAIFALLAH's Oakland apartment.

q.  Between about November 13 and December 6, 2019, DHAIFALLAH made phone calls, sent text messages, and received email to and with TTG Shipping to facilitate getting the November Oakland shipping container shipped from the Port of Oakland, the address to which the container should be sent in Oman, and how to pay the invoiced fees.

r.      On or about December 16 and 17, 2019, DHAIFALLAH made phone calls to TTG Shipping to facilitate getting the two December Oakland shipping containers shipped from the Port of Oakland.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO TO EIGHT: (22 U.S.C. §§ 2778(b)(2) and 2778(c); 22 C.F.R. §§ 120–130; and 18 U.S.C. § 2 – Attempted Unlawful Exports of Defense Articles in Violation of the AECA and the ITAR and Aiding and Abetting)

27.      All of the preceding paragraphs of this Indictment are re-alleged and incorporated as if fully set forth here.

28.      Beginning on a date unknown to the Grand Jury but no later than on or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

FARES ABDO AL EYANI

and

SABA MOHSEN DHAIFALLAH,

did knowingly and willfully attempt to export from the United States to the Sultanate of Oman, the items described in each Count below, all of which were designated as defense articles on the USML, the export of which was controlled under the AECA and the ITAR, without first having obtained from United States Department of State the required license or other written authorization for such export:

| COUNT | ON OR ABOUT DATE | ITEM | USML CATEGORY |
|---|---|---|---|
| 2 | November 12 – 18, 2019 | One (1) 80% Lower AR Short Barrel Rifle, Obliterated Serial Number | I(g) |
| 3 | November 12 – 18, 2019 | One (1) Springfield Armory XDE-9 9mm Pistol, Serial Number HE917906 | I(a) |
| 4 | November 12 – 18, 2019 | One (1) SCCY Industries CPX-2 9mm Pistol, Serial Number 164212 | I(a) |

| COUNT | ON OR ABOUT DATE | ITEM | USML CATEGORY |
|---|---|---|---|
| 5 | November 12 – 18, 2019 | One (1) P80 PF940C .40 Cal Pistol, No Serial Number | I(a) |
| 6 | November 12 – 18, 2019 | One (1) Springfield Armory XDS/XDE Magazine | I(h) |
| 7 | November 12 – 18, 2019 | Thirty (30) .223 Rounds and Nine (9) 9mm Rounds of Ammunition | III(a) |
| 8 | December 16 – 20, 2019 | Seven (7) ATN X-Sight II 3-14x Rifle Scopes | XII(c)(2)(iii) |

All in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c); Title 22, Code of Federal Regulations, Sections 120–130; and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION:  (18 U.S.C. § 981(a)(1)(C), 22 U.S.C. § 401, and 28 U.S.C. § 2461(c))

29.     The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c).

30.     Upon conviction for any of the offenses set forth in this Indictment, the defendants,

FARES ABDO AL EYANI

and

SABA MOHSEN DHAIFALLAH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code, Section 401, and Title 28, United States Code, Section 2461(c), all arms or munitions of war or other articles exported or shipped from or taken out of the United States or attempted to do so, and any vessel, vehicle, or aircraft containing the same or which has been or was intended to be used in exporting or attempting to export such arms or munitions of war of other articles, and all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly, as the result of those violations, including but not limited to the following:

a.    One (1) 80% lower .223 AR Short Barrel Rifle, Obliterated Serial Number, and associated firearm parts, discovered on or about November 18, 2019;

b.    One (1) Springfield Armory XDE-9 9mm Pistol, Serial Number HE917106, discovered on or about November 18, 2019;

c.    One (1) SCCY Industries CPX-2 9mm Pistol, Serial Number 164212, discovered on or about November 18, 2019;

d.    One (1) P80 PF940C .40 Cal Pistol, No Serial Number, discovered on or about November 18, 2019;

e.    One (1) 9mm Springfield Armory XDS/XDE Magazine, and one (1) .223 Magazine, discovered on or about November 18, 2019;

f.    Thirty-nine (39) rounds of ammunition (thirty (30) rounds in .223 caliber, and nine (9) rounds in 9mm caliber), discovered on or about November 18, 2019;

g.    Seven (7) ATN X-Sight II 3-14x rifle scopes, discovered on or about December 20, 2019;

h.    Eleven (11) Infinity Ward Night Vision goggles discovered on or about December 20, 2019;

i.    One (1) X-Vision Hands Free Night Vision Pro Model XANB40 binoculars discovered on or about December 20, 2019;

j.    One (1) Bushnell Equinox Z Digital Night Vision Model 260150 monocular discovered on or about December 20, 2019;

k.    Sixteen (16) Unbranded Night Vision 5x40 Digital Monoculars discovered on or about December 20, 2019;

l.    Three (3) Holographic Technology Precision Optical Rifle Scopes discovered on or about December 20, 2019; and,

m.    Five (5) UUQ Model 4-12x50EG Rifle Scopes, discovered on or about December 20, 2019.

If any of the property described above, as a result of any act or omission of the defendants:

a.    cannot be located upon exercise of due diligence;

1      b.      has been transferred or sold to, or deposited with, a third party;

2      c.      has been placed beyond the jurisdiction of the court;

3      d.      has been substantially diminished in value; or

4      e.      has been commingled with other property which cannot be divided without

5              difficulty,

6  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

7  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

8          All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 22, United States Code,

9  Section 401, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure

10 32.2.

11

12 DATED:      July 26, 2022                         A TRUE BILL.

13

14                                                  _____/s/_____

15                                                  FOREPERSON

16 STEPHANIE M. HINDS
   United States Attorney

17

18      _____/s/ Nicholas Walsh_____

19 NICHOLAS WALSH
   Assistant United States Attorney

20

21

22

23

24

25

26

27

28

INDICTMENT                    16