UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date: March 29, 2024  Judge: Honorable Charles R. Breyer

Court Reporter: Jennifer Coulthard
Time: 19 Minutes
Case No.: CR22-0278-1 CRB
Case Name: USA v. Fares Abdo Al Eyani (Present) (NC)

Attorney(s) for Government: Nicholas Walsh
Attorney(s) for Defendant(s): Brian Getz
Probation Officer: Cindy Suntay
Interpreter: Nabil Abdelfattah – Arabic

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Sentencing hearing held. The Court sentenced the defendant to the Bureau of Prisons to a term of Twelve Months and a day. This term consists of terms of 36 months as to Counts One, Two, Three, Four, Five, Six, Seven and Eight, all counts to be served concurrently. Defendant placed on supervised release for a term of 3 years under the standard and special conditions. This term consists of terms of three years on each of Counts One, Two, Three, Four, Five, Six, Seven and Eight, all such terms to run concurrently. Defendant shall pay a special assessment of $800. The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived. Defendant shall self-surrender to the designated Bureau of Prisons on or before July 1, 2024. Refer to Judgment for additional information.